IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| IN THE MATTER OF THE SEARCH OF: | Case Nos. |
|---|---|
| 2700 MURA STRET, BALTIMORE, MARYLAND ("TARGET RESIDENCE 1") | 1:21-mj-1165 TMD |
| 739 N. KENWOOD AVENUE, BALTIMORE, MARYLAND ("TARGET RESIDENCE 2") | 1:21-mj-1166 TMD |
| 5116 PEMBRIDGE AVENUE, BALTIMORE, MARYLAND ("TARGET RESIDENCE 3") | 1:21-mj-1167 TMD |
| THE PERSON OF YUSEF GALES-BEY | 1:21-mj-1168 TMD |
| THE PERSON OF DEQUAN ELLIS | 1:21-mj-1169 TMD |
| THE PERSON OF DARRELLE RICH | 1:21-mj-1170 TMD |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America, by and through undersigned counsel, moves this Honorable Court to order and direct that the search warrants and related docket entries in the above captioned matter be **UNSEALED** and, in support, states as follows:

1. On April 19, 2021, this Court authorized search warrants for three residences and three individuals. The search warrants were executed on April 20, 2021.

2. Based on the results of the search warrants, Yusef Gales-Bey was charged by the Baltimore City State's Attorney's Office (SAO) with various fire-arms related offenses (Case No. 5B02436061).

3. In order to allow the SAO to comply with its discovery obligations, the Government

1

hereby moves to unseal the search warrants and related docket entries in the above captioned matter.

                                Respectfully Submitted,

                                Jonathan F. Lenzner
                                Acting United States Attorney


By: _____/s/_____
              Richard P. Gallena
              Special Assistant United States Attorney
              36 S. Charles Street, Fourth Floor
              Baltimore, MD 21201
              (410) 209-4800 (phone)
              (410) 962-3091 (fax)